| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>**Lottey Serna**<br>**Asuncion Serna**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 13<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  01/07/2026    Lottey Serna                                                              /s/ Lottey Serna
                    Printed name of Debtor 1                                                    Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                    Page 1                                        F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 01/07/2026    Asuncion Serna                             *Asuncion Serna*
                    Printed name of Debtor 2                   Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                         Page 2                         F 1002-1.EMP.INCOME.DEC

# Earnings Statement

**ADP**

TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

Period Beginning: 11/17/2025
Period Ending: 11/30/2025
Pay Date: 12/05/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  CA: 4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sick/Long Trm | 31.8582 | 12.27 | 390.90 | 390.90 |
| Sick/Short Trm | 31.8582 | 67.73 | 2,157.76 | 4,179.47 |
| Regular | | | | 55,544.87 |
| Feb Bonus | | | | 1,200.00 |
| Gift | | | | 71.31 |
| Holiday | | | | 2,259.32 |
| Meal Brk Pnlty | | | | 30.78 |
| On Call | | | | 179.76 |
| Overtime | | | | 14,364.80 |
| Rrop Ot Adj | | | | 18.00 |
| Spot Bonus | | | | 150.00 |
| Vacation | | | | 1,239.86 |
| **Gross Pay** | | | **$2,548.66** | 79,629.07 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.28 | 3,552.03 |
| | Social Security Tax | -142.41 | 4,546.68 |
| | Medicare Tax | -33.31 | 1,063.34 |
| | CA State Income Tax | -1.25 | 572.94 |
| | CA SDI Tax | -27.56 | 880.00 |
| | **Other** | | |
| | Accident | -3.21 | 80.25 |
| | Criticall Iii C | -31.02 | 775.50 |
| | Dental | -9.19* | 229.75 |
| | Hospital | -3.54 | 88.50 |
| | Long Term Dis | -8.49 | 210.22 |
| | Medical Ins | -233.23* | 5,830.75 |

| Other | this period | year to date |
|---|---|---|
| Personal Acc In | -6.92* | 173.00 |
| Vision | -5.57* | 139.25 |
| 401K | -254.87* | 7,955.81 |
| 401K Loan Repay | -373.79 | 9,344.75 |
| Gift | | 65.00 |
| Life Decline | | -77.16 |
| **Adjustment** | | |
| Life Decline | +3.12 | |
| **Net Pay** | **$1,345.14** | |
| Checking 1 | -645.14 | |
| Checking 2 | -700.00 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $2,042.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensionable Wgs | 2,548.66 | 79,557.76 |
| 401K Plan Pay | 2,548.66 | 79,557.76 |
| Tot Hours Work | | 2,064.76 |
| 401K Er Match | | 1,000.00 |
| Lt Sck Hrs Used | | 12.27 |
| Sick Hrs Used | | 131.73 |

© 2000 ADP, Inc.

---

TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

**Advice number:** 00000490016
**Pay date:** 12/05/2025


THIS IS NOT A CHECK

**Deposited to the account of**
**ASUNCION SERNA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0196 | xxxx xxxx | $645.14 |
| xxxxxx5298 | xxxx xxxx | $700.00 |

**NON-NEGOTIABLE**

AQB  032122  002020         0000490016    1

Page  2

# Earnings Statement

**TELEDYNE TECHNOLOGIES INCORPORATED**
*D/B/A TELEDYNE BATTERY PRODUCTS*
*1049 CAMINO DOS RIOS*
*THOUSAND OAKS, CA 91360*

Period Beginning:  11/17/2025
Period Ending:     11/30/2025
Pay Date:          12/05/2025

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  4
  CA:       4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Hrs Used |  | 40.00 |
| 401K Emplr Mtch |  | 1,000.00 |
| Employee Id |  | 24150 |
| Lt Sick Bal |  | 947.73 |
| Sick Bal |  | 3.10 |
| Vacation Bal |  | 378.59 |

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Payslip

| Employee Name | Person Number | Assignment Number |
|---|---|---|
| Lottey Castro-Serna<br>35375 AVENUE D<br>YUCAIPA, CA 92399<br>US | 0448520 | E044852020020114 |
| | Job Title | Employer Name |
| | Coordinator-Transplant Billing, MC: Transplant Core-LLUMC/37519 | LOMA LINDA UNIVERSITY MEDICAL CENTER<br>11234 ANDERSON ST<br>Loma Linda, CA 92354<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 23-Nov-2025 | 6-Dec-2025 | 12-Dec-2025 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 417.99 | 51,473.84 |
| Pretax Deductions | 80.79 | 6,935.53 |
| Employee Tax Deductions | 34.48 | 6,015.26 |
| Voluntary Deductions | 113.30 | 1,359.60 |
| Net Payment | 177.52 | 36,865.95 |

| Earnings Description | Current | Year to Date |
|---|---|---|
| IC Christmas Gift | 0.00 | 200.00 |
| Imputed Income Basic Life Emp | 9.92 | 248.00 |
| Imputed Income Spouse Life | 1.98 | 49.50 |
| OT Pay | 0.00 | 100.79 |
| OT Pay Premium | 0.00 | 50.56 |
| OT Pay Premium Retro Active | 0.00 | 0.16 |
| OT Pay Retroactive | 0.00 | 0.30 |
| Regular Pay | 0.00 | 42,337.36 |
| Regular Pay Retroactive | 0.00 | 83.30 |

| Description | Start Date | End Date | Curr Hrs | Rate | Earnings | YTD Hours |
|---|---|---|---|---|---|---|
| Legacy Sick Leave Entitlement Earnings Results | | | 15.47 | 26.25000 | 406.09 | |
| Leave Unpaid | | | 40.00 | | | |
| | | | � | | | |
| Total Hours Worked | | | 0.00 | | | 1,620.66 |

### Absences

| Description | Curr Earnings | YTD Earnings |
|---|---|---|
| CA Paid Sick Leave Entitlement Payment | 0.00 | 1,293.14 |
| CA Paid Sick Leave Entitlement Retroactive | 0.00 | 12.80 |
| Legacy Sick Leave Entitlement Payment | 406.09 | 1,423.28 |
| Paid Time Off Entitlement Payment | 0.00 | 5,668.46 |
| Paid Time Off Entitlement Retroactive | 0.00 | 6.19 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|

**Payslip**

| Description | Current | Year to Date |
|---|---|---|
| AHRP 403 B Employees Contribution | 52.79 | 6,291.53 |
| Dental EE Pretax | 28.00 | 644.00 |

### Employer Paid Benefits

| Description | Current | Year to Date |
|---|---|---|
| Dental Plan 1 ER | 61.00 | 1,403.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 24.18 | 3,151.45 |
| Medicare Employee Withheld | 5.65 | 737.03 |
| FIT Withheld | 0.00 | 885.00 |
| SDI Employee Withheld (CA) | 4.65 | 609.36 |
| SIT Withheld (CA) | 0.00 | 632.42 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Supplement Spouse Life | 10.30 | 123.60 |
| Supplemental Life | 103.00 | 1,236.00 |

### Absence Accruals

| Description | YTD Paid Time Off | YTD CAPSL | YTD Legacy Sick Leave |
|---|---|---|---|
| Carryover | 48.90 | 82.57 | 75.43 |
| Accrual | 251.61 | 54.02 | 0.00 |
| Taken | 181.36 | 49.75 | 54.22 |
| Adjustments | 0.00 | 0.00 | 0.00 |
| Ending Balance | 119.15 | 86.84 | 21.21 |

### Net Pay Distribution

| Check/Deposit Number | Account Number | Currency | Payment Amount |
|---|---|---|---|
| 541555095 | XXXXXX5298 | USD | 177.52 |

### Tax Withholding Information

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| CA | Single or married with two or more incomes | 0 | 0.00 |

AQB  032122  002020        0000510029    1
Page  1(Con't  Next  Page)



# Earnings Statement

**TELEDYNE TECHNOLOGIES INCORPORATED**
**D/B/A TELEDYNE BATTERY PRODUCTS**
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

Period Beginning: 12/01/2025
Period Ending: 12/14/2025
Pay Date: 12/19/2025

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.8582 | 40.00 | 1,274.33 | 56,819.20 |
| Overtime | 47.7873 | 19.60 | 936.63 | 15,301.43 |
| Sick/Long Trm | 31.8582 | 37.90 | 1,207.43 | 1,598.33 |
| Sick/Short Trm | 31.8582 | 2.10 | 66.90 | 4,246.37 |
| Feb Bonus | | | | 1,200.00 |
| Gift | | | | 71.31 |
| Holiday | | | | 2,259.32 |
| Meal Brk Pnlty | | | | 30.78 |
| On Call | | | | 179.76 |
| Rrop Ot Adj | | | | 18.00 |
| Spot Bonus | | | | 150.00 |
| Vacation | | | | 1,239.86 |
| **Gross Pay** | | | **$3,485.29** | 83,114.36 |

| Other | this period | year to date |
|---|---|---|
| Personal Acc In | -6.92* | 179.92 |
| Vision | -5.57* | 144.82 |
| 401K | -348.53* | 8,304.34 |
| 401K Loan Repay | -373.79 | 9,718.54 |
| Gift | | 65.00 |
| Life Decline | | -80.28 |

| Adjustment | | |
|---|---|---|
| Life Decline | +3.12 | |
| **Net Pay** | **$1,972.20** | |
| Checking 1 | -1,272.20 | |
| Checking 2 | -700.00 | |
| **Net Check** | **$0.00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -169.55 | 3,721.58 |
| | Social Security Tax | -200.47 | 4,747.15 |
| | Medicare Tax | -46.88 | 1,110.22 |
| | CA State Income Tax | -37.02 | 609.96 |
| | CA SDI Tax | -38.80 | 918.80 |
| | **Other** | | |
| | Accident | -3.21 | 83.46 |
| | Criticall Iii C | -31.02 | 806.52 |
| | Dental | -9.19* | 238.94 |
| | Hospital | -3.54 | 92.04 |
| | Long Term Dis | -8.49 | 218.71 |
| | Medical Ins | -233.23* | 6,063.98 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,884.97

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensionable Wgs | 3,485.29 | 83,043.05 |
| Tot Hours Work | 59.60 | 2,124.36 |
| 401K Plan Pay | 3,485.29 | 83,043.05 |
| 401K Er Match | | 1,000.00 |
| Lt Sck Hrs Used | | 50.17 |
| Sick Hrs Used | | 133.83 |

© 2000 ADP, Inc.



TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

**Advice number:** 00000510029
**Pay date:** 12/19/2025

**Deposited to the account of**
**ASUNCION SERNA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0196 | xxxx xxxx | $1,272.20 |
| xxxxxx5298 | xxxx xxxx | $700.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

AQB  032122  002020    CHR  0000510029   1

Page 2

# Earnings Statement

**TELEDYNE TECHNOLOGIES INCORPORATED**
**D/B/A TELEDYNE BATTERY PRODUCTS**
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

Period Beginning: 12/01/2025
Period Ending:   12/14/2025
Pay Date:        12/19/2025

Taxable Marital Status:
  Federal:    Married

Exemptions/Allowances:
  Federal:    4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vac Hrs Used | | 40.00 |
| 401K Emplr Mtch | | 1,000.00 |
| Employee Id | | 24150 |
| Lt Sick Bal | | 909.83 |
| Sick Bal | | 4.85 |
| Vacation Bal | | 386.29 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  CA:    Single
Exemptions/Allowances:
  CA:    3(Head of Household)

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 12/08 | 03:55am | 08:43am | 09:14am | 02:36pm | 10.17 |
| Tue | 12/09 | 03:55am | 08:41am | 09:12am | 03:00pm | 10.57 |
| Wed | 12/10 | 03:54am | 08:35am | 09:07am | 02:35pm | 10.15 |
| Thu | 12/11 | 03:55am | 08:42am | 09:13am | 02:45pm | 10.31 |
| Fri | 12/12 | 03:56am | 08:41am | 09:12am | 02:38pm | 10.18 |
| Sat | 12/13 | 03:53am | 08:18am | 08:49am | 12:37pm | 8.22 |

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Payslip**

| Employee Name | Person Number | Assignment Number |
|---|---|---|
| **Lottey Castro-Serna**<br>**35375 AVENUE D**<br>**YUCAIPA, CA 92399**<br>**US** | **0448520** | **E044852020020114** |
| | Job Title | Employer Name |
| | **Coordinator-Transplant Billing, MC: Transplant Core-LLUMC/37519** | **LOMA LINDA UNIVERSITY MEDICAL CENTER**<br>**11234 ANDERSON ST**<br>**Loma Linda, CA 92354**<br>**US** |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| **Biweekly** | **7-Dec-2025** | **20-Dec-2025** | **26-Dec-2025** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **417.99** | **51,891.83** |
| Pretax Deductions | **80.79** | **7,016.32** |
| Employee Tax Deductions | **34.50** | **6,049.76** |
| Voluntary Deductions | **0.00** | **1,359.60** |
| Net Payment | **290.80** | **37,156.75** |

| **Earnings Description** | **Current** | **Year to Date** |
|---|---|---|
| IC Christmas Gift | 0.00 | **200.00** |
| Imputed Income Basic Life Emp | 9.92 | **257.92** |
| Imputed Income Spouse Life | 1.98 | **51.48** |
| OT Pay | 0.00 | **100.79** |
| OT Pay Premium | 0.00 | **50.56** |
| OT Pay Premium Retro Active | 0.00 | **0.16** |
| OT Pay Retroactive | 0.00 | **0.30** |
| Regular Pay | 0.00 | **42,337.36** |
| Regular Pay Retroactive | 0.00 | **83.30** |

| **Description** | **Start Date** | **End Date** | **Curr Hrs** | **Rate** | **Earnings** | **YTD Hours** |
|---|---|---|---|---|---|---|
| Legacy Sick Leave Entitlement Earnings Results | | | 15.47 | 26.25000 | 406.09 | |
| Leave Unpaid | | | 40.00 | | | |
| | | | � | | | |
| Total Hours Worked | | | 0.00 | | | **1,620.66** |

| Absences | | |
|---|---|---|
| **Description** | **Curr Earnings** | **YTD Earnings** |
| CA Paid Sick Leave Entitlement Payment | 0.00 | **1,293.14** |
| CA Paid Sick Leave Entitlement Retroactive | 0.00 | **12.80** |
| Legacy Sick Leave Entitlement Payment | 406.09 | **1,829.37** |
| Paid Time Off Entitlement Payment | 0.00 | **5,668.46** |
| Paid Time Off Entitlement Retroactive | 0.00 | **6.19** |

| **Pretax Deductions** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |

**Payslip**

| Description | Current | Year to Date |
|---|---:|---:|
| AHRP 403 B Employees Contribution | **52.79** | **6,344.32** |
| Dental EE Pretax | **28.00** | **672.00** |

| **Employer Paid Benefits** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental Plan 1 ER | **61.00** | **1,464.00** |

| **Tax Deductions** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **24.18** | **3,175.63** |
| Medicare Employee Withheld | **5.66** | **742.69** |
| FIT Withheld | **0.00** | **885.00** |
| SDI Employee Withheld (CA) | **4.66** | **614.02** |
| SIT Withheld (CA) | **0.00** | **632.42** |

| **Other Deductions** | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplement Spouse Life | **0.00** | **123.60** |
| Supplemental Life | **0.00** | **1,236.00** |

| **Absence Accruals** | | | |
|---|---|---|---|
| **Description** | **YTD Paid Time Off** | **YTD CAPSL** | **YTD Legacy Sick Leave** |
| Carryover | **48.90** | **82.57** | **75.43** |
| Accrual | **253.62** | **54.02** | **0.00** |
| Taken | **181.36** | **49.75** | **69.69** |
| Adjustments | **0.00** | **0.00** | **0.00** |
| Ending Balance | **121.16** | **86.84** | **5.74** |

| **Net Pay Distribution** | | | |
|---|---|---|---|
| **Check/Deposit Number** | **Account Number** | **Currency** | **Payment Amount** |
| 554180819 | XXXXXX5298 | USD | **290.80** |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | **0.00** | **0.00** |

| **Tax Withholding Information** | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| CA | Single or married with two or more incomes | 0 | **0.00** |

**Payslip**

| Employee Name | Person Number | Assignment Number |
|---|---|---|
| | 0448520 | E044852020020114 |
| **Lottey Castro-Serna** <br> 35375 AVENUE D <br> YUCAIPA, CA 92399 <br> US | Job Title | Employer Name |
| | Coordinator-Transplant Billing, MC: Transplant Core-LLUMC/37519 | LOMA LINDA UNIVERSITY MEDICAL CENTER <br> 11234 ANDERSON ST <br> Loma Linda, CA <br> 92354 <br> US |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 9-Nov-2025 | 22-Nov-2025 | 28-Nov-2025 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,121.75 | 50,855.85 |
| Pretax Deductions | 302.28 | 6,854.74 |
| Employee Tax Deductions | 371.04 | 5,898.62 |
| Voluntary Deductions | 0.00 | 1,246.30 |
| Net Payment | 1,436.53 | 36,570.59 |

| Earnings Description | Current | Year to Date |
|---|---|---|
| Imputed Income Basic Life Emp | 9.92 | 238.08 |
| Imputed Income Spouse Life | 1.98 | 47.52 |
| OT Pay | 6.56 | 100.79 |
| OT Pay Premium | 3.28 | 50.56 |
| OT Pay Premium Retro Active | 0.00 | 0.16 |
| OT Pay Retroactive | 0.00 | 0.30 |
| Regular Pay | 938.44 | 42,337.36 |
| Regular Pay Retroactive | 0.00 | 83.30 |

| Description | Start Date | End Date | Curr Hrs | Rate | Earnings | YTD Hours |
|---|---|---|---|---|---|---|
| Legacy Sick Leave Entitlement Earnings Results | | | 38.75 | 26.25000 | 1,017.19 | |
| OT Pay | | | 0.25 | 26.25000 | 6.56 | 3.85 |
| OT Pay Premium | | | 0.25 | 13.12500 | 3.28 | 3.85 |
| Paid Time Off Entitlement Earnings Results | | | 5.50 | 26.25000 | 144.38 | |
| Regular Pay | | | 35.75 | 26.25000 | 938.44 | 1,616.81 |
| Total Hours Worked | | | 36.00 | | | 1,620.66 |

| Absences | | |
|---|---|---|
| **Description** | **Curr Earnings** | **YTD Earnings** |
| CA Paid Sick Leave Entitlement Payment | 0.00 | 1,293.14 |
| CA Paid Sick Leave Entitlement Retroactive | 0.00 | 12.80 |
| Legacy Sick Leave Entitlement Payment | 1,017.19 | 1,017.19 |
| Paid Time Off Entitlement Payment | 144.38 | 5,668.46 |
| Paid Time Off Entitlement Retroactive | 0.00 | 6.19 |

**Payslip**

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| AHRP 403 B Employees Contribution | **274.28** | **6,238.74** |
| Dental EE Pretax | **28.00** | **616.00** |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| Dental Plan 1 ER | **61.00** | **1,342.00** |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | **139.93** | **841.00** |
| Social Security Employee Withheld | **129.81** | **3,114.87** |
| Medicare Employee Withheld | **30.36** | **728.48** |
| SIT Withheld (CA) | **45.84** | **611.96** |
| SDI Employee Withheld (CA) | **25.10** | **602.31** |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Supplement Spouse Life | **0.00** | **113.30** |
| Supplemental Life | **0.00** | **1,133.00** |

| Absence Accruals | | | |
|---|---|---|---|
| Description | YTD Paid Time Off | YTD CAPSL | YTD Legacy Sick Leave |
| Carryover | **48.90** | **82.57** | **75.43** |
| Accrual | **249.60** | **54.02** | **0.00** |
| Taken | **181.36** | **49.75** | **38.75** |
| Adjustments | **0.00** | **0.00** | **0.00** |
| Ending Balance | **117.14** | **86.84** | **36.68** |

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit Number | Account Number | Currency | Payment Amount |
| 529453986 | XXXXXX5298 | USD | **450.00** |
| 529454020 | XXXXXX0196 | USD | **986.53** |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Extra Withholding |
| FEDERAL | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| CA | Single or married with two or more incomes | 0 | **0.00** |

**Payslip**

| Employee Name | Person Number | Assignment Number |
|---|---|---|
| | 0448520 | E044852020020114 |
| **Lottey Castro-Serna** <br> **35375 AVENUE D** <br> **YUCAIPA, CA 92399** <br> **US** | **Job Title** <br> Coordinator-Transplant Billing, MC: Transplant Core-LLUMC/37519 | **Employer Name** <br> LOMA LINDA UNIVERSITY MEDICAL CENTER <br> 11234 ANDERSON ST <br> Loma Linda, CA <br> 92354 <br> US |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 9-Nov-2025 | 22-Nov-2025 | 28-Nov-2025 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,121.75 | 50,855.85 |
| Pretax Deductions | 302.28 | 6,854.74 |
| Employee Tax Deductions | 371.04 | 5,898.62 |
| Voluntary Deductions | 0.00 | 1,246.30 |
| Net Payment | 1,436.53 | 36,570.59 |

| Earnings Description | Current | Year to Date |
|---|---|---|
| Imputed Income Basic Life Emp | 9.92 | 238.08 |
| Imputed Income Spouse Life | 1.98 | 47.52 |
| OT Pay | 6.56 | 100.79 |
| OT Pay Premium | 3.28 | 50.56 |
| OT Pay Premium Retro Active | 0.00 | 0.16 |
| OT Pay Retroactive | 0.00 | 0.30 |
| Regular Pay | 938.44 | 42,337.36 |
| Regular Pay Retroactive | 0.00 | 83.30 |

| Description | Start Date | End Date | Curr Hrs | Rate | Earnings | YTD Hours |
|---|---|---|---|---|---|---|
| Legacy Sick Leave Entitlement Earnings Results | | | 38.75 | 26.25000 | 1,017.19 | |
| OT Pay | | | 0.25 | 26.25000 | 6.56 | 3.85 |
| OT Pay Premium | | | 0.25 | 13.12500 | 3.28 | 3.85 |
| Paid Time Off Entitlement Earnings Results | | | 5.50 | 26.25000 | 144.38 | |
| Regular Pay | | | 35.75 | 26.25000 | 938.44 | 1,616.81 |
| Total Hours Worked | | | 36.00 | | | 1,620.66 |

| Absences | | |
|---|---|---|
| **Description** | **Curr Earnings** | **YTD Earnings** |
| CA Paid Sick Leave Entitlement Payment | 0.00 | 1,293.14 |
| CA Paid Sick Leave Entitlement Retroactive | 0.00 | 12.80 |
| Legacy Sick Leave Entitlement Payment | 1,017.19 | 1,017.19 |
| Paid Time Off Entitlement Payment | 144.38 | 5,668.46 |
| Paid Time Off Entitlement Retroactive | 0.00 | 6.19 |

**Payslip**

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| AHRP 403 B Employees Contribution | **274.28** | **6,238.74** |
| Dental EE Pretax | **28.00** | **616.00** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental Plan 1 ER | **61.00** | **1,342.00** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **139.93** | **841.00** |
| Social Security Employee Withheld | **129.81** | **3,114.87** |
| Medicare Employee Withheld | **30.36** | **728.48** |
| SIT Withheld (CA) | **45.84** | **611.96** |
| SDI Employee Withheld (CA) | **25.10** | **602.31** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplement Spouse Life | **0.00** | **113.30** |
| Supplemental Life | **0.00** | **1,133.00** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **YTD Paid Time Off** | **YTD CAPSL** | **YTD Legacy Sick Leave** |
| Carryover | **48.90** | **82.57** | **75.43** |
| Accrual | **249.60** | **54.02** | **0.00** |
| Taken | **181.36** | **49.75** | **38.75** |
| Adjustments | **0.00** | **0.00** | **0.00** |
| Ending Balance | **117.14** | **86.84** | **36.68** |

| Net Pay Distribution | | | |
|---|---|---|---|
| **Check/Deposit Number** | **Account Number** | **Currency** | **Payment Amount** |
| 529453986 | XXXXXX5298 | USD | **450.00** |
| 529454020 | XXXXXX0196 | USD | **986.53** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| CA | Single or married with two or more incomes | 0 | **0.00** |



**Earnings Statement** ADP

TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

Period Beginning: 11/03/2025
Period Ending: 11/16/2025
Pay Date: 11/21/2025

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 4
 CA: 4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.8582 | 64.00 | 2,038.92 | 55,544.87 |
| Overtime | 47.7873 | 16.72 | 799.00 | 14,364.80 |
| Sick/Short Trm | 31.8582 | 16.00 | 509.73 | 2,021.71 |
| Feb Bonus | | | | 1,200.00 |
| Gift | | | | 71.31 |
| Holiday | | | | 2,259.32 |
| Meal Brk Pnlty | | | | 30.78 |
| On Call | | | | 179.76 |
| Rrop Ot Adj | | | | 18.00 |
| Spot Bonus | | | | 150.00 |
| Vacation | | | | 1,239.86 |
| **Gross Pay** | | | **$3,347.65** | 77,080.41 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -154.69 | 3,479.75 |
| | Social Security Tax | -191.94 | 4,404.27 |
| | Medicare Tax | -44.89 | 1,030.03 |
| | CA State Income Tax | -25.29 | 571.69 |
| | CA SDI Tax | -37.15 | 852.44 |
| | **Other** | | |
| | Accident | -3.21 | 77.04 |
| | Criticall Iii C | -31.02 | 744.48 |
| | Dental | -9.19* | 220.56 |
| | Hospital | -3.54 | 84.96 |
| | Long Term Dis | -8.49 | 201.73 |
| | Medical Ins | -233.23* | 5,597.52 |
| | Personal Acc In | -6.92* | 166.08 |

| Other | this period | year to date |
|---|---|---|
| Vision | -5.57* | 133.68 |
| 401K | -334.77* | 7,700.94 |
| 401K Loan Repay | -373.79 | 8,970.96 |
| Gift | | 65.00 |
| Life Decline | | -74.04 |
| **Adjustment** | | |
| Life Decline | +3.12 | |
| **Net Pay** | **$1,887.08** | |
| Checking 1 | -1,187.08 | |
| Checking 2 | -700.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,761.09

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensionable Wgs | 3,347.65 | 77,009.10 |
| Tot Hours Work | 80.72 | 2,064.76 |
| 401K Plan Pay | 3,347.65 | 77,009.10 |
| 401K Er Match | | 1,000.00 |
| Sick Hrs Used | | 64.00 |
| Vac Hrs Used | | 40.00 |
| 401K Emplr Mtch | | 1,000.00 |

© 2000 ADP, Inc.



TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

**Advice number:** 00000470016
**Pay date:** 11/21/2025

**Deposited to the account of**
**ASUNCION SERNA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0196 | xxxx xxxx | $1,187.08 |
| xxxxxx5298 | xxxx xxxx | $700.00 |

**NON-NEGOTIABLE**

AQB 032122 002020 0000470016 1

Page 2

**Earnings Statement** ADP

TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

Period Beginning: 11/03/2025
Period Ending: 11/16/2025
Pay Date: 11/21/2025

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 4
    CA: 4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Employee Id | | 24150 |
| Lt Sick Bal | | 960.00 |
| Sick Bal | | 67.74 |
| Vacation Bal | | 370.89 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Mon 11/03 | 03:55am | 08:40am | 09:11am | 01:31pm | 9.08 |
| Tue 11/04 | 03:56am | 08:37am | 09:08am | 01:52pm | 9.41 |
| Wed 11/05 | 03:54am | 07:59am | 08:30am | 01:45pm | 9.33 |
| Thu 11/06 | 03:55am | 08:35am | 09:08am | 01:31pm | 9.05 |
| Fri 11/07 | 03:55am | 08:42am | 09:14am | 01:03pm | 8.60 |
| Sat 11/08 | 03:52am | 09:37am | | | 5.75 |
| Tue 11/11 | 03:53am | 08:41am | 09:12am | 02:02pm | 9.63 |
| Wed 11/12 | 03:57am | 08:41am | 09:12am | 02:02pm | 9.56 |
| Thu 11/13 | 03:55am | 08:44am | 09:15am | 02:43pm | 10.29 |

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

AQB  032122  002020        0000470016    1
Page   1(Con't  Next  Page)

# Earnings Statement

ADP

TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

Period Beginning: 11/03/2025
Period Ending:    11/16/2025
Pay Date:         11/21/2025

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  4
  CA:       4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 31.8582 | 64.00 | 2,038.92 | 55,544.87 |
| Overtime | 47.7873 | 16.72 | 799.00 | 14,364.80 |
| Sick/Short Trm | 31.8582 | 16.00 | 509.73 | 2,021.71 |
| Feb Bonus | | | | 1,200.00 |
| Gift | | | | 71.31 |
| Holiday | | | | 2,259.32 |
| Meal Brk Pnlty | | | | 30.78 |
| On Call | | | | 179.76 |
| Rrop Ot Adj | | | | 18.00 |
| Spot Bonus | | | | 150.00 |
| Vacation | | | | 1,239.86 |
| **Gross Pay** | | | **$3,347.65** | 77,080.41 |

| Other | this period | year to date |
|---|---|---|
| Vision | -5.57* | 133.68 |
| 401K | -334.77* | 7,700.94 |
| 401K Loan Repay | -373.79 | 8,970.96 |
| Gift | | 65.00 |
| Life Decline | | -74.04 |

| Adjustment | | |
|---|---|---|
| Life Decline | +3.12 | |

| **Net Pay** | | **$1,887.08** |
|---|---|---|
| Checking 1 | | -1,187.08 |
| Checking 2 | | -700.00 |
| **Net Check** | | **$0.00** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -154.69 | 3,479.75 |
| | Social Security Tax | -191.94 | 4,404.27 |
| | Medicare Tax | -44.89 | 1,030.03 |
| | CA State Income Tax | -25.29 | 571.69 |
| | CA SDI Tax | -37.15 | 852.44 |
| | **Other** | | |
| | Accident | -3.21 | 77.04 |
| | Criticall Iii C | -31.02 | 744.48 |
| | Dental | -9.19* | 220.56 |
| | Hospital | -3.54 | 84.96 |
| | Long Term Dis | -8.49 | 201.73 |
| | Medical Ins | -233.23* | 5,597.52 |
| | Personal Acc In | -6.92* | 166.08 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,761.09

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensionable Wgs | 3,347.65 | 77,009.10 |
| Tot Hours Work | 80.72 | 2,064.76 |
| 401K Plan Pay | 3,347.65 | 77,009.10 |
| 401K Er Match | | 1,000.00 |
| Sick Hrs Used | | 64.00 |
| Vac Hrs Used | | 40.00 |
| 401K Emplr Mtch | | 1,000.00 |

© 2000 ADP, Inc.



TELEDYNE TECHNOLOGIES INCORPORATED
D/B/A TELEDYNE BATTERY PRODUCTS
1049 CAMINO DOS RIOS
THOUSAND OAKS, CA 91360

**Advice number:** 00000470016
**Pay date:** 11/21/2025



**Deposited to the account of**
**ASUNCION SERNA**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0196 | xxxx xxxx | $1,187.08 |
| xxxxxx5298 | xxxx xxxx | $700.00 |

**NON-NEGOTIABLE**

AQB  032122  002020    0000470016  1

Page  2

# Earnings Statement

**TELEDYNE TECHNOLOGIES INCORPORATED**
*D/B/A TELEDYNE BATTERY PRODUCTS*
*1049 CAMINO DOS RIOS*
*THOUSAND OAKS, CA 91360*

Period Beginning: 11/03/2025
Period Ending: 11/16/2025
Pay Date: 11/21/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  CA: 4

**ASUNCION SERNA**
**35375 AVENUE D**
**YUCAIPA CA 92399**

**Other Benefits and Information** | this period | total to date
---|---|---
Employee Id | | 24150
Lt Sick Bal | | 960.00
Sick Bal | | 67.74
Vacation Bal | | 370.89

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 11/03 | 03:55am | 08:40am | 09:11am | 01:31pm | 9.08 |
| Tue | 11/04 | 03:56am | 08:37am | 09:08am | 01:52pm | 9.41 |
| Wed | 11/05 | 03:54am | 07:59am | 08:30am | 01:45pm | 9.33 |
| Thu | 11/06 | 03:55am | 08:35am | 09:08am | 01:31pm | 9.05 |
| Fri | 11/07 | 03:55am | 08:42am | 09:14am | 01:03pm | 8.60 |
| Sat | 11/08 | 03:52am | 09:37am | | | 5.75 |
| Tue | 11/11 | 03:53am | 08:41am | 09:12am | 02:02pm | 9.63 |
| Wed | 11/12 | 03:57am | 08:41am | 09:12am | 02:02pm | 9.56 |
| Thu | 11/13 | 03:55am | 08:44am | 09:15am | 02:43pm | 10.29 |

© 2000 ADP, Inc.

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**