**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>LOTTEY SERNA, and<br><br>ASUNCION SERNA,<br><br>      Debtors. | **Case No: 6:26-bk-10192-SY**<br><br>**Chapter 13**<br><br>**DECLARATION OF DEBTOR, LOTTEY SERNA, REGARDING HOUSEHOLD SIZE AND EXPENSES** |

I, Lottey Serna, declare as follows:

1. I am one of the debtors in this bankruptcy case. I have personal knowledge of all matters stated herein and if called to testify, I could competently testify thereto.

2. While my husband and I live independently, our home is very full and active. Our property is technically a duplex. In the main unit where we live, we also share the space with our daughter, her husband, and their two children.

3. My mother, who is 76 years old, lives in the other portion of the duplex. Her only source of income is Social Security. For the most part, she manages to cover her own daily living expenses. However, we do provide a roof over her head. If my mother did not live with us, she would be unable to afford minimum accommodations, especially given her age and health issues.

///

///

///

///

1

4.  Because of this arrangement, we are responsible for the major costs of maintaining the entire property, including the shared utility services. My husband and I pay the water and trash bills for the whole property. Even though my mother tries to be independent, she relies on us for housing, transportation, and translation (she does not speak English and needs me to attend medical appointments with her).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 27, 2026

LOTTEY SERNA