# United States Bankruptcy Court
## Central District of California
### Riverside
#### Scott Yun, Presiding
#### Courtroom 302 Calendar

**Tuesday, April 7, 2026**                                              **Hearing Room     302**

1:30 PM
**6:26-10192    Lottey Serna and Asuncion Serna**                         **Chapter 13**

Telephonic Hearing    **CONSENT**

#15.00    Confirmation of Chapter 13 Plan

**Susan Luong to appear by telephone (626)616-5008**
**Benjamin Heston to appear by telephone (949)312-1377**

Docket      15

**Matter Notes:**

**Consent Calendar**_____

(✓) **Confirmed** per trustee's recommendation - Plan provisions: % to pay ___56___

Duration _60_

Payment $ _500 (1-2)_
_920 (3-20)_  _2200 (21-60)_

( ) **Continued** to _____ at 1:30 p.m.

**341(a)** _____ at 9:00 a.m.

( ) **Objection** to plan:   ( ) Withdrawn   ( ) Sustained   ( ) Overruled

( ) **Case Dismissed**

( ) without prejudice   ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**