Certificate Number: 14912-CAC-DE-040857767

Bankruptcy Case Number: 26-10192



14912-CAC-DE-040857767

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2026, at 8:10 o'clock PM EDT, Asuncion Serna completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: April 14, 2026          By: /s/Jai Bhatt

                              Name: Jai Bhatt

                              Title: Counselor