## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Lottey Serna
**SSN:** xxx–xx–8453
**EIN:** N/A
Asuncion Serna
**SSN:** xxx–xx–9138

35375 Avenue D
Yucaipa, CA 92399

**BANKRUPTCY NO.**  6:26–bk–10192–SY
**CHAPTER**  13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: April 21, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)                                                    **27 / AUTU**