United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-10192-SY |
| Lottey Serna | Chapter 13 |
| Asuncion Serna | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 21, 2026 | Form ID: ntc13pln | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lottey Serna, Asuncion Serna, 35375 Avenue D, Yucaipa, CA 92399-4454 |
| cr | + | Provident Funding Associates, LP, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, UNITED STATES 92606-3401 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Apr 22 2026 02:32:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 22 2026 02:32:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42878595 | Email/PDF: bncnotices@becket-lee.com | Apr 22 2026 02:39:46 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42878596 | Email/Text: BarclaysBankDelaware@tsico.com | Apr 22 2026 02:32:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 42878598 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2026 02:39:46 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 42878597 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2026 02:39:51 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42878599 | + Email/Text: Claims@cri.studentaid.gov | Apr 22 2026 02:32:00 | Central Research Inc, 106 N Bloomington St, Lowell, AR 72745-9650 |
| 42878600 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2026 02:39:50 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42878601 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2026 03:00:23 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42969678 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2026 03:00:21 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 42878602 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2026 02:32:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 42878603 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 22 2026 02:31:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42967526 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2026 02:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 42934121 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 22 2026 02:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 42978294 | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: ntc13pln | Total Noticed: 28 |

| | | |
|---|---|---|
| | Apr 22 2026 02:39:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42966020 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | Apr 22 2026 02:39:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 42878604 | Email/Text: bknotifications@provident.com | |
| | Apr 22 2026 02:32:00 | Provident Funding, PO Box 5914, Santa Rosa, CA 95402-5914 |
| 42926459 | + Email/Text: bknotifications@provident.com | |
| | Apr 22 2026 02:32:00 | Provident Funding Associates, L.P., 1235 N. Dutton Ave. Suite E, Santa Rosa, CA 95401-4666 |
| 42988625 | Email/Text: bnc-quantum@quantum3group.com | |
| | Apr 22 2026 02:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 42878605 | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | Apr 22 2026 02:39:45 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 42999433 | Email/PDF: ebn_ais@aisinfo.com | |
| | Apr 22 2026 02:39:42 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 42878606 | + Email/Text: bankruptcy@td.com | |
| | Apr 22 2026 02:32:00 | TD Bank, 4140 Church Rd, Mount Laurel, NJ 08054-2221 |
| 42878607 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | Apr 22 2026 02:32:00 | Toyota Financial Services, PO Box 22171, Tempe, AZ 85285-2171 |
| 42978855 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | Apr 22 2026 02:31:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 42878608 | + Email/Text: bankruptcydepartment@tsico.com | |
| | Apr 22 2026 02:32:00 | Transworld Systems, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 42878609 | Email/Text: EDBKNotices@ecmc.org | |
| | Apr 22 2026 02:31:00 | US Dept of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | |
| | on behalf of Debtor Lottey Serna bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | |

District/off: 0973-6                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 21, 2026                       Form ID: ntc13pln                              Total Noticed: 28

                          on behalf of Joint Debtor Asuncion Serna bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Nichole Glowin
                          on behalf of Creditor Provident Funding Associates  LP bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com

Rod Danielson (TR)
                          notice-efile@rodan13.com

United States Trustee (RS)
                          ustpregion16.rs.ecf@usdoj.gov


TOTAL: 5

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Lottey Serna
**SSN:** xxx–xx–8453
**EIN:** N/A
Asuncion Serna
**SSN:** xxx–xx–9138

35375 Avenue D
Yucaipa, CA 92399

**BANKRUPTCY NO.**  6:26–bk–10192–SY
**CHAPTER**  13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: April 21, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)                                                                **27 / AUTU**