# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, July 14, 2026**        **Hearing Room**    **302**

---

<u>10:00 AM</u>
**6:26-10192**    **Lottey Serna and Asuncion Serna**        **Chapter 13**

<u>Telephonic Hearing</u> ▮

**#11.00**    Trustee's Motion to Dismiss Case
**(Tax Returns/Refunds)**

**Bridget Kelly to appear by telephone (951)826-8000** /
**Benjamin Heston to appear by telephone (949)312-1377** *debtor*

Docket    32

**Matter Notes:**

   **GRANTED:** _____    **DENIED:** _____

   **CONT'D. TO:** _____ 8-18-26 @ 1:30pm _____

     **Briefing filed:** _____

     **Opposition filed:** _____

     **Reply filed:** _____

**WITHDRAWN:** _____

     **Order Lodged by:** _____

**Tentative Ruling:**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

   Lottey Serna        Represented By
                          Benjamin Heston

**Joint Debtor(s):**

   Asuncion Serna        Represented By