| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>LOTTEY SERNA, and<br><br>ASUNCION SERNA,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:26-bk-10192-SY<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** |
| | [No hearing required unless requested under LBR 3015-1(w)] |

1.  NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2.  **Deadline for Opposition Papers and Request for a Hearing:** Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date: 8/11/2026

/s/Benjamin Heston
Signature of Debtor or attorney for Debtor

Benjamin Heston
Printed name of Debtor or attorney for Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 3015-1.05.NOTICE.MODIFY.SUSPEND**

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| List all names (including trade names) used by Debtor within the last 8 years.<br><br>In re:<br><br>LOTTEY SERNA, and<br><br>ASUNCION SERNA,<br><br><div align="right">Debtor(s).</div> | CASE NUMBER: **6:26-bk-10192-SY**<br><br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** |
| | [No Hearing Required] |

1. The Debtor hereby movies this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply):*
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☒ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on: 4/21/2026
   Plan payment amount(s):
       $500 for months 1-2;
       $920 for months 3-20; and
       $2,200 for months 21-60.
   Length of plan: 60 months.
   Percentage paid to Class 5 general unsecured creditors: 56%

4. There have been <u>0</u> previous modification or suspension orders.
   Plan payments have been suspended for ___ months and/or the plan has been extended for ___ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order):*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Plan payment amount(s): $____ per month.
Length of plan: ____ months.
Percentage paid to Class 5 general unsecured creditors: ____%

6.  Proposed modification:

☐ Suspend *(indicate number of plan payments)* ____ plan payments
☐ Extend the term by *(indicate number of months)* ____ month(s).
☐ Reduce the term by *(indicate number of months)* ____ month(s).
☐ Increase the plan payment from $____ to $____ from (date) ____ to (date) ____.
☒ Reduce the plan payment from $2,200 to $920 from (date) 10/2027 (month 21) to (date) 6/2028 (month 29).
☒ Other: Retain 2025 income tax refunds.

7.  Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstance have changed in the following respect:

Due to a clerical error, the confirmed plan requires the payment step-up to begin in month 21 rather than month 30, when the Debtors' 401(k) loan will be paid off. Correcting the step-up date will render the plan feasible because, until then, the funds needed for the increased payment will remain committed to the 401(k) loan.

Based on communications with the Trustee's office, the Debtors understood that they would be permitted to retain their 2025 tax refund, which they received in February, several months before confirmation. The refund has already been spent on necessary living expenses and household repairs.

**See the attached declarations of Lottey Serna and Benjamin Heston.**

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8.  If this motion is granted, the last plan payment would be payable 60 months after the first plan payment was due.

9.  If this motion is granted:

a.  ☐  There will be no change in the percentage paid to Class 5 general unsecured creditors.

OR

b.  ☒  The percentage paid to Class 5 general unsecured creditors will change from 56% to 63%.

Date:  **8/4/2026**

/s/Benjamin Heston
BENJAMIN HESTON
**Attorney for Debtor(s)**

**I declare under penalty of perjury that the following is true and correct.**

LOTTEY SERNA
**Debtor 1**

ASUNCION SERNA
**Debtor 2**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

LOTTEY SERNA, and

ASUNCION SERNA,

Debtors.

**Case No: 6:26-bk-10192-SY**

**Chapter 13**

**DECLARATION OF DEBTOR, LOTTEY SERNA, REGARDING MOTION TO MODIFY**

I, Lottey Serna, declare as follows:

1. I am one of the debtors in this bankruptcy case. I have personal knowledge of all matters stated herein and if called to testify, I could competently testify thereto.

2. My husband is repaying a loan from his 401(k) account through payroll deductions of approximately $374 every two weeks. The loan is scheduled to be paid off on June 7, 2028. Attached is a true and correct screenshot showing this payoff date.

3. My understanding throughout the pre-confirmation process was that the payment step-up would start once the 401(k) loan was paid off, when the money currently being deducted from my husband's wages would be freed up and become available to pay into our Chapter 13 plan.

4. The current step-up resulted from a clerical error that was carried into the confirmation order. We cannot afford the increased payment while the 401(k) loan deduction is still being taken from my husband's wages. As such, we are requesting only that the step-up begin in month 30, when those funds actually become available.

1

5. My husband and I filed our 2025 tax returns shortly after our case was filed. Before confirmation, our attorney contacted the Trustee's office and proposed terms that included: 1) increasing the plan payment to provide a greater distribution to unsecured creditors, 3) increasing the payment after the 401(k) loan was paid off, and 3) allowing us to retain our 2025 tax refund. Our attorney informed us that the Trustee had accepted these terms and that exact payment figures would be provided later. (See attached declaration of Benjamin Heston for exact language).

6. We received the 2025 tax refunds in the amounts of $4,625 from the Internal Revenue Service and $1,109 from the Franchise Tax Board on or about February 25, 2026. By the time the refund issue was later raised by the Trustee's Motion to Dismiss, the funds had long ago been spent on necessary household and living expenses, including approximately $3,200 to repair the fence at our residence.

7. We request that the plan be modified to permit us to retain the 2025 tax refund. We are not requesting any change to the treatment of future tax refunds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 4, 2026

LOTTEY SERNA

2

# ATTACHMENT

3

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | **Case No: 6:26-bk-10192-SY** |
| LOTTEY SERNA, and | **Chapter 13** |
| ASUNCION SERNA, | **DECLARATION OF COUNSEL, BENJAMIN HESTON, REGARDING MOTION TO MODIFY** |
| Debtors. | |

I, Benjamin Heston, declare as follows:

1. I am the attorney of record for the Debtors in this bankruptcy case. I have personal knowledge of all matters stated herein and if called to testify, I could competently testify thereto.

2. Prior to confirmation, I communicated with Susan Luong, counsel for the Chapter 13 Trustee, regarding the Trustee's objections and the terms under which the Trustee would recommend confirmation.

3. After some back and forth regarding the terms of the plan, I sent an email to Ms. Luong which stated "How about this - we split the baby and increase payments by $420, then a step up to $2,200 once the retirement loan is paid off (see below)[1], and also allow the Debtors to retain their 2025 refund." Ms. Luong responded, "I'm ok with it if it's 93%. I'll run my numbers and get back to you with the final numbers."

---

[1] This was a reference to the screenshot that is attached to the Debtor's declaration showing the 401(k) loan payoff date.

1

4.  I understood Ms. Luong's response as acceptance of the proposed terms, including permitting the Debtors to retain their 2025 tax refund, subject to Ms. Luong calculating the resulting final payment amounts and percentage.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: August 11, 2026                                      /s/Benjamin Heston
                                                           BENJAMIN HESTON

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **MOTION UNDER LBR 3015-1(N) AND (W) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/11/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
Nichole Glowin    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Poonsri Jinantuya Wallace    poonsriw@oakharbormanagement.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 8/11/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/11/2026 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.