**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**LOTTEY SERNA**<br>**ASUNCION SERNA**<br><br>Debtor(s). | **Case No.: 6:26-bk-10192-SY**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE**<br>**[ 11 U.S.C. 1307(c) ]**<br><br>**Hearing Date: 08/18/2026** |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 06/10/2026.

The hearing on this motion which was scheduled for 08/18/2026, should be taken off calendar.

Date: 08/17/2026

/s/ Rod Danielson
Signature