ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, SBN 256197
3787 University Avenue
Riverside, CA 92501
(951) 826-8000 FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>LOTTEY SERNA,<br>ASUNCION SERNA,<br><br>Debtor. | Case No.: 6:26-bk-10192-SY<br><br>Chapter 13<br><br>STIPULATION MODIFYING PLAN<br><br>(No hearing required) |

THE UNDERSIGNED HEREBY STIPULATE AND AGREE AS FOLLOWS:

The step payment start date is incorrect and the debtor wishes to pay in the 2025 tax refund in the amount of $5,234 over the remaining months of the plan. To resolve these two issues, the chapter 13 plan is modified as follows:

(1) Increase plan payment from $920 to $1,019 (September 2026 – September 2027).

(2) Reduce plan payment from $2,200 to $1,019 (October 2027 – June 2028).

(3) Increase plan payment from $2,200 to 2,299 (July 2028 – end of the plan).

(4) Reduce plan base from $105,560 to $99,287.

(5) Increase plan percent from 56% to 68%.

(6) All other terms remain the same.

Dated: August 17, 2026

/s/Rod Danielson
ROD DANIELSON, Chapter 13 Standing Trustee

Date: August 17, 2026

BENJAMIN HESTON, Debtor's attorney