ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, SBN 256197
3787 University Avenue
Riverside, CA 92501
(951) 826-8000 FAX (951) 826-8090

FILED & ENTERED

AUG 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>LOTTEY SERNA and<br>ASUNCION SERNA,<br><br>Debtors. | Case No.: 6:26-bk-10192-SY<br><br>Chapter 13<br><br>**ORDER MODIFYING PLAN** |

The court has reviewed the "Stipulation Modifying Plan" ("Stipulation") [Docket no. 39] between the debtor and the chapter 13 trustee filed on August 17, 2026]. Good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved and the confirmed plan is modified as follows:

(1) Increase the plan payment from $920 to $1,019 (September 2026 – September 2027).

(2) Reduce the plan payment from $2,200 to $1,019 (October 2027 – June 2028).

(3) Increase the plan payment from $2,200 to $2,299 (July 2028 – end of the plan).

(4) Reduce the plan base from $105,560 to $99,287.

///

(5) Increase the plan percent from 56% to 68%.

(6) All other terms remain the same.

###

Date: August 18, 2026

Scott H. Yun
United States Bankruptcy Judge