United States Bankruptcy Court

Central District of California

In re: Case No. 26-10192-SY
Lottey Serna Chapter 13
Asuncion Serna
Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2
Date Rcvd: Aug 18, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lottey Serna, Asuncion Serna, 35375 Avenue D, Yucaipa, CA 92399-4454 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Lottey Serna bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Asuncion Serna bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nichole Glowin | on behalf of Creditor Provident Funding Associates LP bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com |
| Poonsri Jinantuya Wallace | on behalf of Creditor TD Bank USA N.A. poonsriw@oakharbormanagement.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | |

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 6

ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, SBN 256197
3787 University Avenue
Riverside, CA 92501
(951) 826-8000 FAX (951) 826-8090

FILED & ENTERED

AUG 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No.: 6:26-bk-10192-SY |
| LOTTEY SERNA and ASUNCION SERNA, | Chapter 13 |
| | **ORDER MODIFYING PLAN** |
| Debtors. | |

The court has reviewed the "Stipulation Modifying Plan" ("Stipulation") [Docket no. 39] between the debtor and the chapter 13 trustee filed on August 17, 2026]. Good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved and the confirmed plan is modified as follows:

(1) Increase the plan payment from $920 to $1,019 (September 2026 – September 2027).

(2) Reduce the plan payment from $2,200 to $1,019 (October 2027 – June 2028).

(3) Increase the plan payment from $2,200 to $2,299 (July 2028 – end of the plan).

(4) Reduce the plan base from $105,560 to $99,287.

///

(5) Increase the plan percent from 56% to 68%.

(6) All other terms remain the same.

###

Date: August 18, 2026

Scott H. Yun
United States Bankruptcy Judge