Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:26-bk-10192-SY AS OF 9/30/2026**

LOTTEY SERNA
ASUNCION SERNA
35375 AVENUE D
YUCAIPA, CA 92399

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/14/26 | $1,019.00 | 09/2026 | $1,019.00 |
| 08/10/26 | $980.00 | 08/2026 | $980.00 |
| 07/09/26 | $980.00 | 07/2026 | $980.00 |
| 06/11/26 | $820.00 | 06/2026 | $820.00 |
| 04/09/26 | $980.00 | 05/2026 | $0.00 |
| 03/13/26 | $980.00 | 04/2026 | $980.00 |
| 01/29/26 | $980.00 | 03/2026 | $980.00 |
| | | 02/2026 | $0.00 |
| | | 01/2026 | $980.00 |
| | | 12/2025 | $0.00 |
| | | 11/2025 | $0.00 |
| | | 10/2025 | $0.00 |

CURRENT CASE DISPOSITION: ACTIVE

| | |
|---|---|
| FILING DATE: | 01/14/2026 |
| 1ST MEETING DATE: | 02/25/2026 |
| CONFIRMATION DATE: | 04/07/2026 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSEC.: | 68.00% |

| | |
|---|---|
| MONTHLY PLAN PMT AMT: | $1,019.00 |
| GROSS RECEIPTS: | $6,739.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $1,506.00 |

| | |
|---|---|
| FEES PAID TO ATTY: | $3,642.00 |
| FEES PAID TO TRUSTEE: | $673.90 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $917.10 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $5,000.00 | $5,000.00 | $3,642.00 | $0.00 | $1,358.00 |
| 0001 | CITIBANK, NA | UNSECURED | 0.00 | $1,176.00 | $1,249.45 | $0.00 | $0.00 | $849.63 |
| 0002 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,648.00 | $2,754.57 | $0.00 | $0.00 | $1,873.11 |
| 0003 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $911.00 | $974.68 | $0.00 | $0.00 | $662.78 |
| 0004 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $555.00 | $659.08 | $0.00 | $0.00 | $448.17 |
| 0005 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $7,839.00 | $8,336.24 | $0.00 | $0.00 | $5,668.64 |
| 0006 | CAPITAL ONE | UNSECURED | 0.00 | $3,119.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | CENTRAL RESEARCH INC | UNSECURED | 0.00 | $12,571.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | CENTRAL RESEARCH INC | UNSECURED | 0.00 | $2,434.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | CENTRAL RESEARCH INC | UNSECURED | 0.00 | $2,027.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $6,254.00 | $6,425.21 | $0.00 | $0.00 | $4,369.14 |
| 0011 | CITIBANK, NA | UNSECURED | 0.00 | $5,648.00 | $6,025.04 | $0.00 | $0.00 | $4,097.03 |
| 0012 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $4,268.00 | $4,504.91 | $0.00 | $0.00 | $3,063.34 |
| 0013 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $3,230.00 | $3,474.37 | $0.00 | $0.00 | $2,362.57 |
| 0014 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $2,932.00 | $3,039.80 | $0.00 | $0.00 | $2,067.06 |
| 0015 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $1,990.00 | $2,156.39 | $0.00 | $0.00 | $1,466.35 |
| 0016 | LVNV FUNDING, LLC | UNSECURED | 0.00 | $917.00 | $1,039.95 | $0.00 | $0.00 | $707.17 |
| 0017 | CITIBANK, NA | UNSECURED | 0.00 | $411.00 | $518.24 | $0.00 | $0.00 | $352.40 |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $3,891.00 | $4,194.42 | $0.00 | $0.00 | $2,852.21 |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $3,070.00 | $3,190.23 | $0.00 | $0.00 | $2,169.36 |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $2,968.00 | $3,203.90 | $0.00 | $0.00 | $2,178.65 |
| 0021 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $2,630.00 | $2,732.96 | $0.00 | $0.00 | $1,858.41 |
| 0022 | GOLDMAN SACHS / APPLE CARD | UNSECURED | 0.00 | $829.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $7,388.00 | $7,598.87 | $0.00 | $0.00 | $5,167.23 |
| 0024 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $6,371.00 | $6,450.97 | $0.00 | $0.00 | $4,386.66 |
| 0025 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $4,125.00 | $4,395.21 | $0.00 | $0.00 | $2,988.74 |
| 0026 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $1,729.00 | $1,898.96 | $0.00 | $0.00 | $1,291.29 |
| 0027 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $1,333.00 | $1,407.74 | $0.00 | $0.00 | $957.26 |
| 0028 | JEFFERSON CAPITAL SYSTEMS, LL( | UNSECURED | 0.00 | $369.00 | $585.49 | $0.00 | $0.00 | $398.13 |
| 0029 | SYNCHRONY BANK | UNSECURED | 0.00 | $138.00 | $181.80 | $0.00 | $0.00 | $123.62 |
| 0030 | TD BANK USA NA | UNSECURED | 0.00 | $10,382.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0031 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | $8,910.00 | $17,204.62 | $0.00 | $0.00 | $11,699.14 |
| 0032 | TD BANK USA NA | UNSECURED | 0.00 | $5,924.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0033 | TD BANK USA NA | UNSECURED | 0.00 | $5,742.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0034 | TD BANK USA NA | UNSECURED | 0.00 | $911.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0035 | TRANSWORLD SYSTEMS | UNSECURED | 0.00 | $650.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0036 | PROVIDENT FUNDING ASSOCIATES, | MORTGAGE ARREARS | 0.00 | $205,468.00 | $376.84 | $65.14 | $0.00 | $311.70 |
| 0037 | TOYOTA MOTOR CREDIT CORPORA' | SECURED | 3.40 | $18,030.00 | $18,049.69 | $1,137.22 | $303.64 | $16,912.47 |
| | | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | **$82,640.26** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL. IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS. TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.